IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-00808 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Daniel P. McLaughlin** |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff Harley-Davidson Motor Company, Inc. ("Plaintiff") hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order ("TRO") entered March 4, 2025 [30].[1] In the event that the Court does not rule on this Motion before the current TRO expiration date (March 18, 2025), Plaintiff also seeks to extend the TRO to maintain the status quo until there is a ruling on Plaintiff's Motion for Entry of a Preliminary Injunction. In support of its Motion, Plaintiff files herewith a Memorandum of Law and a further Declaration of Marcella D. Slay.

---

[1] Like the TRO, the injunctive relief provisions of this Order only apply to Defendants on Schedule A to the Preliminary Injunction with a "TRO" designation in the "Status" Column. Provisions for expedited discovery (paragraphs 3 and 6) and electronic service (paragraph 7) apply to all Defendants.

Dated this 13th day of March 2025.      Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff
Harley-Davidson Motor Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Harley-Davidson Motor Company, Inc.*