IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC., <br><br>　　　　Plaintiff, <br><br>v. <br><br>A2Z6WSJIXPOHWV, et al., <br><br>　　　　Defendants. | Case No. 25-cv-00808 <br><br>**Judge Thomas M. Durkin** <br><br>**Magistrate Judge Daniel P McLaughlin** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on April 24, 2025 [52], in favor of Plaintiff Harley-Davidson Motor Company, Inc. ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant for willful use of counterfeit HARLEY-DAVIDSON Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| DINITOP | 41 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 25th day of September 2025.  Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Rachel M. Ackerman
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
rackerman@gbc.law

*Counsel for Plaintiff Harley-Davidson Motor Company, Inc.*